# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

141630

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

EDWIN MARTEL, BRUCE CARPENTER,
WILLIAM LANE and CLAUDIA AGEMAK,
      Plaintiffs-Appellants,

v

SC: 141630
COA: 296687
Ingham CC: 09-000866-AA

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

y1115